Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
IN RE:                                               :
Fosamax Products Liability Litigation                :     1:06-md-1789 (JFK)
                                                     :
------------------------------------------------------x
*This Document Relates to:*                          :     **NOTICE OF APPEARANCE**
Alfida Donastorg                                     :
v. Merck & Co., Inc.                                 :
                                                     :
Case No: 1:08-cv-04108-JFK                           :
------------------------------------------------------x

     PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: June 5, 2008
      New York, New York

Respectfully submitted,

By: _____/s/_____
    David J. Heubeck

Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel: (410) 244-7731
Fax: (410) 244-7742
Email: djheubeck@venable.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 5, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

              /s/
            David J. Heubeck

            Venable LLP
            750 E. Pratt Street, Suite 900
            Baltimore, Maryland 21202
            Tel:  (410) 244-7731
            Fax:  (410) 244-7742
            Email: djheubeck@venable.com